FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 09-02812-M |
| v. | |
| Matthew H. Wooten, | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of ___Court___, IT IS ORDERED that a detention hearing is set for ___12-8-09 Further Detn Hg 12/8/09___, at ___3:00___ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom ___540 Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  (Other custodial officer)

Dated: ___12/7/09___

_____[signature]_____
U.S. District Judge/Magistrate Judge